UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DANNY LEE SIMPSON, JR.,<br><br>Defendant. | CASE NO. 2:22-cr-00099-TL<br><br>ORDER GRANTING REQUEST FOR *DAUBERT* HEARING |

Defendant Danny Lee Simpson has been charged with involuntary manslaughter for the death of a passenger in a motor vehicle he was driving. Dkt. No. 1. He moves for limitation of testimony by Government expert witness Roger Smedsrud, and in the alternative, requests a pre-trial expert qualification hearing. Dkt. No. 53. In accordance with its obligations under *Daubert v. Merrell Dow Pharms. Inc.*, 509 U.S. 579 (1993), to ensure the reliability of expert testimony, the Court hereby sets a *Daubert* hearing for October 27, 2023, to be held immediately after the scheduled pretrial conference in this case. Each side will be given **thirty (30) minutes** for argument, inclusive of any time used to question Mr. Smedsrud.

ORDER GRANTING REQUEST FOR DAUBERT HEARING - 1

The focus of the hearing will be on Mr. Smedsrud's methodology used in reaching his conclusions about whether the brakes on Defendant Simpson's truck contributed to the accident and on the reasons for the changes in his conclusions between his first and second expert reports.

Dated this 17th day of October 2023.

Tana Lin
United States District Judge